[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1558

 UNITED STATES,

 Appellee,

 v.

 RICHARD JOSEPH PICARDI, A/K/A FAT RITCHIE,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Reginald C. Lindsay, U.S. District Judge] 

 

 Before

 Selya, Circuit Judge, 
 Cyr, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

John J. Barter on brief for appellant. 
Donald K. Stern, United States Attorney, and James C. Rehnquist, 
Assistant United States Attorney, on brief for appellee.

 

 December 9, 1997
 

 Per Curiam. Upon careful review, we cannot conclude 

that the district court misunderstood its authority to depart

under U.S.S.G. 5H1.4. The district court's comments,

fairly read, indicate only that the departure was denied as a

matter of discretion. That exercise of discretion is not

subject to appellate review. See United States v. LeBlanc, 

24 F.3d 340, 348 (1st Cir. 1994).

 Further, the adjustments under both U.S.S.G. 3B1.1(b)

(managerial role in the offense), and U.S.S.G. 

2B1.1(b)(4)(B) (business of receiving and selling stolen

property) did not effect an improper double counting. See 

United States v. Reeves, 83 F.3d 203, 208 (8th Cir. 1996). 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-